Bob Brackeen v. The State.

No. 8905.   Decided October 29, 1924.

No motion for rehearing filed.

Selling Intoxicating Liquor.

   No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Hunt County.   Tried below before the Hon. Geo. B. Hall, Judge.
   Appeal from a conviction for selling intoxicating liquors; penalty, one year in the penitentiary.
   No brief filed by appellant.

Tom Garrard, State's Attorney, and Grover C. Morris, Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the District Court of Hunt County of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary.
   The record contains neither bills of exception nor statement of facts.   The indictment charges the offense and the court submitted the law.   No error appearing, the judgment will be affirmed.

Affirmed.